IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MARION DENNIS MURRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 109-133 |
| | ) | |
| BRUCE CHATMAN; WARDEN'S | ) | |
| AGENCIES; ALL OPPOSING COUNSEL | ) | |
| AT LAW, PARTIES, OR AT BAR; THE | ) | |
| ATTORNEY GENERAL OF THE STATE | ) | |
| OF GEORGIA; and UNITED STATES, | ) | |
| | ) | |
| Defendants. | | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion to proceed *in forma pauperis* is **DENIED** (doc. no. 2), and this action is **DISMISSED** without prejudice.

SO ORDERED this 28th day of December, 2009, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE